## 73438. RICH v. McDONALD CAR & TRUCK LEASING, INC.
### (349 SE2d 832)

BEASLEY, Judge.

1. Direct appeal was taken from a judgment finding against the plaintiff on her complaint, entered as a sanction for failure to appear without legal cause, and also for the defendant on its counterclaim for liquidated damages in the principal sum of $424.69 plus interest and 15% attorney fees ($63.70). The proper method to obtain appellate review from a judgment for "$2,500 or less" is by first applying for discretionary appeal under OCGA § 5-6-35 (a) (6). *City of Brunswick v. Todd*, 255 Ga. 448 (339 SE2d 589) (1986); *Brown v. Assoc. Fin. &c. Corp.*, 255 Ga. 457 (339 SE2d 590) (1986).

If the case below had involved only plaintiff-appellant's claim and its dismissal, a direct appeal would be proper as it would not come within the category of cases carved out by subsection 6, since she did not win a judgment at all. Her complaint was for conversion of an auto she had leased and claimed title to, and she suffered a zero judgment.

2. Appellee's motion for damages pursuant to OCGA § 5-6-6 is denied. See *Miller v. Bank of the South*, 177 Ga. App. 42, 43 (2) (338 SE2d 436) (1985); *King v. Gosdin*, 169 Ga. App. 878 (1) (315 SE2d 666) (1984); *James v. Seritt*, 121 Ga. App. 783 (175 SE2d 163) (1970).

*Appeal dismissed. Deen, P. J., and Benham, J., concur.*

DECIDED OCTOBER 20, 1986.

*W. LaRue Boyce, Jr.*, for appellant.
*Douglas W. McDonald, Sr.*, for appellee.